No. 82–1216. WORLDWIDE CHURCH OF GOD v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY (GIPE, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 82–1220. UNION NATIONAL BANK OF LITTLE ROCK v. PAXTON ET AL. C. A. 8th Cir. Certiorari denied. ■

No. 82–1222. ILLINOIS ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1230. MOORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–1261. STANDARD-COOSA-THATCHER CARPET YARN DIVISION, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 82–1267. ROCK v. COOMBE, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–1270. LOMAS SANTA FE, INC., ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 82–1287. RANDOLPH ASSOCIATES v. WAKEFERN FOOD CORP. ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 82–1290. ROTH'S IGA FOODLINER, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1354. NEWMAN ET AL. v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–1362. GREAT LAKES DREDGE & DOCK CO. v. EBANKS ET AL. C. A. 11th Cir. Certiorari denied. ■